# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
### for
### the District of Nevada

---

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

---

Name of Offender: **Dashawn White**

Case Number: **2:18CR00396**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **October 10, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 23, 2020**

---

## PETITIONING THE COURT

☒ To issue a summons:

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

    a)  White tested positive for controlled substances on the following dates:

    September 26, 2023 (cocaine)
    September 6, 2023 (cocaine)
    May 30, 2023 (cocaine)
    September 21, 2022 (cocaine)
    August 30, 2022 (cocaine)
    July 13, 2022 (cocaine)
    December 31, 2020 (cocaine)

**RE: Dashawn White**

Prob12C
D/NV Form
Rev. March 2017

   b)  White failed to appear for scheduled drug tests on the following dates:

October 2, 2023
September 4, 2023
August 12, 2023
August 1, 2023
July 27, 2023
July 17, 2023
July 8, 2023
July 7, 2023
June 14, 2023
May 2, 2023
April 14, 2023
March 21, 2023
March 6, 2023
February 20, 2023
January 7, 2023
December 28, 2022
December 9, 2022
December 5, 2022
December 2, 2022
November 26, 2022
November 1, 2022
October 31, 2022
September 19, 2022
September 10, 2022
August 29, 2022
August 23, 2022
June 4, 2022
April 1, 2022
February 3, 2022
January 3, 2022
December 8, 2021
November 27, 2021
May 29, 2021

**RE: Dashawn White**

Prob12C
D/NV Form
Rev. March 2017

2.  **<u>Must Report As Instructed</u>** - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    White has been instructed to complete his monthly supervision reports monthly, however, he has not submitted a monthly report since July 2022. White has failed to submit his monthly supervision reports for the following months:

    July 2023
    June 2023
    May 2023
    April 2023
    March 2023
    February 2023
    January 2023
    December 2022
    November 2022
    October 2022
    September 2022
    August  2022

3.  **<u>Work Full Time</u>** - You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    White is currently unemployed. He reported he was employed up until approximately "late April." However, the last verification the probation office received from Mr. White was from February 1, 2023.

4.  **<u>Substance Abuse Treatment</u>** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.

    On November 2, 2022, White was admitted to Intensive Outpatient Treatment (IOP) due to significant drug use. On January 28, 2023, our office received his discharge summary indicating he had completed his IOP program and was being referred for outpatient substance abuse treatment for additional support. However, his clinician reported that

**RE: Dashawn White**

Prob12C
D/NV Form
Rev. March 2017

> White missed three (3) consecutive sessions and was unsuccessfully discharged due to his lack of attendance.

5. **Must Not Interact With Criminals** - You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

> On December 15, 2022, a home contact was made at White's residence. During the home contact, a male knocked and entered the residence claiming to be a friend of Mr. White's. He reported he was previously on federal supervision out of California. When asked for identification, he reported he left it in his Lyft ride and left the residence to retrieve it. However, he never returned and White never provided this officer with his contact information or identifiers.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

⊠ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **October 11, 2023**

Digitally signed by
Kamuela Kapanui
Date: 2023.10.13
09:39:11 -07'00'

_____
Kamuela K Kapanui
United States Probation Officer

Approved:

Digitally signed by
Brian Blevin
Date: 2023.10.13
08:26:17 -07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer

**RE: Dashawn White**

Prob12C
D/NV Form
Rev. March 2017

*THE COURT ORDERS*

☐    No Action.
☐    The issuance of a warrant.
X    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

October 13, 2023
_____
Date

RE: Dashawn White

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. DASHAWN WHITE,  2:18CR00396

## SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
## October 11, 2023

By way of case history, on October 10, 2019, White was sentenced to 24 months custody for committing the offense of Felon in Possession of a Firearm followed by three (3) years of supervised release. His supervised release commenced on December 23, 2020.

In a report to the Court dated August 8, 2022, our office advised that White had accumulated positive drug tests, missed drug tests, had attempted suicide and was in need of further treatment. It was identified that he would benefit from mental health treatment and a modification request was submitted and approved by the Court for such.

In August 2022, White was referred back to outpatient treatment; however, due to continued drug use, he was referred to intensive outpatient treatment (IOP). He successfully completed IOP and was "stepped down" to outpatient treatment for continued care; however, he was removed from outpatient treatment due to too many missed sessions.

Regarding his recent positive drug tests, White continues to deny any drug use despite having confirmation of his positive tests from the national laboratory. White has been offered the highest level of treatment available and has successfully completed it; as such, he is aware of the tools to remain sober and he has been able to remain sober for months at a time. Further, he remains in denial and refuses to admit his drug problem, rendering our office unable to appropriately address his drug use.

Pursuant to 18 U.S.C. § 3583 (g)(3) Mandatory revocation for possession of controlled substance or firearm or for refusal to comply with drug testing- if the defendant refuses to comply with drug testing, thereby violating the condition imposed by section 3563(a)(4), the court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3). White has placed himself in mandatory revocation due to testing positive for illegal controlled substances more than three (3) times over the course of one (1) year.

White has a Criminal History Category of III as supported by his prior criminal history:

**Juvenile Adjudications**
2009 – Battery; Robbery

**Adult Convictions**
2014 – Robbery (While on supervision for this case through the Nevada State Parole and Probation Office, he committed the instant federal offense and was sent back to Nevada Department of Corrections custody).

**RE: Dashawn White**

Prob12C
D/NV Form
Rev. March 2017

Unfortunately, White has not taken advantage of the opportunities provided to him by this Court. Despite the steps taken to assist him, he has decided to continue in his violation conduct. Based upon this information, it is respectfully requested a summons be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by
Kamuela Kapanui
Date: 2023.10.13
09:41:11 -07'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

Digitally signed by
Brian Blevin
Date: 2023.10.13
08:26:52 -07'00'

Joy Gabonia
Supervisory United States Probation Officer