RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Nelson@fd.org

Attorney for Dashawn White

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DASHAWN WHITE,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00396-JCM-EJY-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Dashawn White, that the Revocation Hearing currently scheduled on November 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel needs additional time to prepare for Revocation Hearing.

　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

　　　This is the first request for a continuance of the revocation hearing.

DATED this 9th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By /s/ *Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00396-JCM-EJY-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DASHAWN WHITE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, November 13, 2023 at 10:30 a.m., be vacated and continued to **December 15, 2023, at 10:30 a.m**.; or to a time and date convenient to the court.

DATED  November 9, 2023.

_____
UNITED STATES DISTRICT JUDGE

3