RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Dashawn White

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:18-cr-00396-JCM-EJY |
| Plaintiff, | **STIPULATION TO DISMISS PETITION AND CLOSE CASE** |
| v. | |
| DASHAWN WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Aden Kahssai, counsel for Defendant Dashawn White, that the Petition for Summons for Offender on Supervision be dismissed and the revocation hearing currently scheduled for

March 18, 2024, at 10:00 a.m. be vacated. The Stipulation is entered into for the following reasons:

1.     On October 13, 2023, Probation filed a petition to revoke Mr. White's supervision. ECF No. 41.

2.     Mr. White made his initial appearance on the petition on October 24, 2023. ECF No. 45. He was released on his personal recognizance.

3.     Since then, Mr. White was instructed to complete an intensive outpatient treatment program. If he successfully completed the treatment, the parties agreed the petition would be dismissed and he would be permitted to expire this term of supervision.

4.     As of this date, Mr. White has successfully completed IOP. He is also three months over the expiration of supervision which was set for December 2023.

5.     The parties move to dismiss the petition (ECF No. 41). The parties request that the March 18, 2024, hearing be vacated because of the joint resolution.

/ / /

/ / /

/ / /

6.      Because Mr. White was due to expire this current term of supervision in December 2023, dismissal of this petition would effectively terminate his supervision. Consequently, the parties request in addition to dismissing the petition, that the case be closed.

DATED this 13th day of March 2024.

RENE L. VALLADARES                JASON M. FRIERSON
Federal Public Defender            United States Attorney


  */s/ Aden Kahssai*                 */s/ Brian Whang*
By_____          By_____
ADEN KAHSSAI                       Brian Whang
Assistant Federal Public Defender  Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

DASHAWN WHITE,

       Defendant.

Case No. 2:18-cr-00396-JCM-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the petition (ECF No. 41) is dismissed, and due to Mr. White's expiration of supervision, the case is closed.

    DATED March 14, 2024.

_____
UNITED STATES DISTRICT JUDGE

4